| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reeves, Pamela L. | United States District Court Eastern District of Tennessee | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Howard H. Baker, Jr., U.S. Courthouse
800 Market Street, Suite 145
Knoxville, TN 37902
865-545-4255

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | ABA - Federal Trial Judge Conference |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Salary - City of Knoxville |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 02/01/2017 -02/05/2017 | Miami, FL | National Conference Federal Trial Judges' Executive Committee Meeting | Hotel Room & Meals |
| 2. | UVA (College) | 03/24/2017 - 03/27/2017 | Charlottesville, VA | Judging Moot Court and teaching class; Funded by College | Hotel Room & Meals |
| 3. | ABA | 08/09/2017 - 08/13/2017 | New York, NY | Activity of professional association or civic organization | Hotel Room & Meals |
| 4. | ABOTA | 09/18/2017 | Chattanooga, TN | Teacher's Law School | Hotel Room & Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Reeves, Pamela L.** | 05/15/2018 |

| 5. | UVA (College) | 11/05/2017 - 11/07/2017 | Charlottesville, VA | Judging Moot Court competition @ UVA; Funded by College | Hotel Room & Meals |
| --- | --- | --- | --- | --- | --- |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 Salisbury NC | A | Rent | K | W | | | | | |
| 2. Rental Property #2 Salisbury NC | A | Rent | K | W | | | | | |
| 3. Charles Schwab Money Market Fund | A | Int./Div. | L | T | | | | | |
| 4. 21st Century Fox, Inc., Class B | A | Int./Div. | | | Sold | 07/07/17 | J | | |
| 5. Accordia Life Insurance (whole life) | A | Int./Div. | L | T | | | | | |
| 6. Aercap | A | Int./Div. | | | Buy | 04/20/17 | J | | |
| 7. | | | | | Sold | 07/17/17 | J | | |
| 8. AIG Strategic Bond Cl C | A | Int./Div. | J | T | | | | | |
| 9. AIG Government Money Market Cl A | A | Int./Div. | J | T | | | | | |
| 10. AIG Focused Multi-Asset Cl C | A | Int./Div. | J | T | | | | | |
| 11. AIG Focused Alpha Growth Cl C | A | Int./Div. | J | T | | | | | |
| 12. AGCO Common Stock | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 13. Alleghany Corp. | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 14. American Funds EuroPac Gr R3 | A | Int./Div. | J | T | | | | | |
| 15. American Intl Group Common Stock | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 16. Baron Asset Fund | C | Int./Div. | J | T | Buy | 07/21/17 | L | | |
| 17. Berkshire Hathaway Common Stock | C | Int./Div. | | | Sold | 07/17/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brookfield Asset Mgmt Cl A | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 19. CitiGroup Common Stock | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 20. City of Knoxville TN Pension Plan G Option 1 | A | Int./Div. | L | T | | | | | |
| 21. Cognizant Technology Solutions Corp. | A | Int./Div. | | | Buy | 01/11/17 | J | | |
| 22. | | | | | Sold | 07/17/17 | J | | |
| 23. CVS | A | Int./Div. | | | Buy | 01/23/17 | J | | |
| 24. | | | | | Sold | 07/17/17 | J | | |
| 25. Deleware Value A | A | Int./Div. | J | T | | | | | |
| 26. Fairfax Financial Holdings Ltd. | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 27. First Tennessee Bank cash accounts | A | Int./Div. | M | T | | | | | |
| 28. Franklin Small Cap Growth | A | Int./Div. | J | T | | | | | |
| 29. Gabelli Asset | C | Int./Div. | J | T | Buy | 07/21/17 | J | | |
| 30. Greenlight Capital Re Ltd. | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 31. Group 1 Automotive, Icn. | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 32. Guardian Modified Benefit whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 33. Hartford whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 34. HCA | A | Int./Div. | | | Buy | 06/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reeves, Pamela L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/17/17 | J | | |
| 36. J.P. Morgan & Co. Common Stock | A | Int./Div. | | | Sold | 07/17/17 | K | | |
| 37. J.P. Morgan Midcap Growth A | A | Int./Div. | J | T | | | | | |
| 38. Leucadia National Corp. Common Stock | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 39. Liberty Global Inc F Class C | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 40. Lincoln National Universal Whole LIfe Insurance Policy | A | Int./Div. | J | T | | | | | |
| 41. Lions Gate Entertainment, Class B | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 42. McKesson Corp | A | Int./Div. | | | Buy | 02/02/17 | J | | |
| 43. | | | | | Sold | 07/17/17 | J | | |
| 44. Monsanto Co. | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 45. Oaktree Capital Group Common Stock | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 46. Perrigo Co. PCL FUS Shares | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 47. Pioneer Bond Fund | A | Int./Div. | J | T | | | | | |
| 48. Prudential Guaranteed Income Fund | A | Int./Div. | J | T | | | | | |
| 49. Prudential Jenn Mid Cap Growth A | A | Int./Div. | J | T | | | | | |
| 50. RenaissanceRe Holdings Ltd. Common Stock | A | Int./Div. | | | Sold | 07/17/17 | J | | |
| 51. Rolls Royce Holdings | A | Int./Div. | | | Sold | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab S&P 500 Independent Fund | A | Int./Div. | J | T | Buy | 07/21/17 | L | | |
| 53. Team Health Holdings | A | Int./Div. | | | Sold | 01/09/17 | J | | |
| 54. Vanguard Energy Fund Investor | A | Int./Div. | J | T | | | | | |
| 55. Vanguard Growth Index Inx | A | Int./Div. | J | T | Buy | 02/21/17 | J | | |
| 56. Vanguard Growth and Income Fund | A | Int./Div. | K | T | | | | | |
| 57. Vanguard Health Care Fund Admiral Shores | A | Int./Div. | L | T | | | | | |
| 58. Vanguard Windsor II Fund Investor | A | Int./Div. | K | T | | | | | |
| 59. Vict Integral Small CAP-R-b | A | Int./Div. | J | T | | | | | |
| 60. Weitz Value Portfolio Equity Funds | A | Int./Div. | J | T | | | | | |
| 61. Weitz Value Portfolio Equity Funds | A | Int./Div. | J | T | Buy | 07/21/17 | L | | |
| 62. Wells Fargo Advantage Growth A | A | Int./Div. | | | Sold | 02/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All SunAmerica accounts were acquired by AIG in 2017.

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela L. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544